Defendant contends the trial court erred in overruling his objection, pursuant to *Batson v. Kentucky,* 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986), to the State's peremptory strike of two African–American venirepersons.

We have reviewed the briefs of the parties and the record on appeal and find no clear error. *State v. Gray,* 887 S.W.2d 369, 385 (Mo. banc 1994). An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

weight of the evidence. No error of law appears. Section 287.495 RSMo 1994. An extended opinion would not have precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order. Award affirmed in accordance with Rule 84.16(b).

In the Interest of S.K.B., a minor.

JUVENILE OFFICER, Respondent,

v.

D.D.B. and D.M.B., Natural Parents, Appellants.

No. 73125.

Missouri Court of Appeals, Eastern District, Division Two.

June 30, 1998.

Scott D. Reynolds, Cape Girardeau, Rice Petree Burns, Jr., (Guardian Ad Litem), Sikeston, for appellants.

Chris N. Weiss, Jackson, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

D.D.B. and D.M.B. appeal the trial court's judgment terminating their parental rights in their daughter, S.K.B. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

Melanie SAYRE–ORCHARD, Claimant–Appellant,

v.

JEWISH HOSPITAL OF ST. LOUIS, Employer–Respondent.

No. 73666.

Missouri Court of Appeals, Eastern District, Division Three.

June 30, 1998.

Swaney, Ram & Wayman, Kevin D. Wayman, St. Louis, for claimant–appellant.

Evans & Dixon, Betsy J. Levitt, St. Louis, for employer–respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM.

The trial court's judgment is supported by substantial evidence and is not against the